**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE HUMACYTE, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:25-cv-00005-TDS-JEP<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |

# NOTICE OF SETTLEMENT

Plaintiffs Nathan Silva ("Plaintiff Silva") and Peter Misko ("Plaintiff Misko," and together with Plaintiff Silva, the "Plaintiffs"), derivatively on behalf of Humacyte, Inc. ("Humacyte" or the "Company"), and Defendants Kathleen Sebelius, Emery N. Brown, Michael T. Constantino, Brady W. Dougan, C. Bruce Green, Laura E. Niklason, Todd M. Pope, Diane Seimetz, Max Wallace, Susan Windham-Bannister, Dale A. Sander, Heather Prichard, John Bamforth, and Keith Anthony Jones (the "Individual Defendants," together with Humacyte and Ayabudge LLC, the "Defendants," and collectively with the Plaintiffs, the "Parties") hereby jointly provide, through their undersigned counsel, this Notice of Settlement.

The Parties have reached an agreement-in-principle to settle all claims raised in the above-captioned consolidated derivative action (the "Action"), subject to certain terms and conditions including the negotiation and execution of a stipulation of settlement and court approval pursuant to Fed. R. Civ. P. 23.1(c). The Parties expect to submit a stipulation

embodying the proposed settlement together with a motion for preliminary approval of the settlement by October 23, 2026.

In light of this development, the Parties believe that a stay of proceedings is in the interest of justice and will preserve party and judicial resources. The Parties previously moved for a stay of this action on April 21, 2026, *see* ECF No. 20, and submitted further briefing in support of the stay on May 8, 2026, *see* ECF Nos. 23, 25. In light of the agreement in principle to settle, the Parties now respectfully reiterate their request that the Court stay all proceedings and case deadlines in this action pending submission of a preliminary approval motion.

Dated: September 23, 2026


**HAUSLER LAW FIRM, PLLC**

*/s/ Kurt F. Hausler*
Kurt F. Hausler
N.C. State Bar No. 22103
524 East Boulevard
Charlotte, NC 28203
Telephone: (704) 247-3255
Facsimile: (704) 247-3267
Email: khausler@hauslerlaw.com

*Liaison Counsel for Plaintiffs*

**CHAFFIN LUHANA LLP**

Emily J. Beeson
N.C. State Bar No. 47567
600 Third Ave. 12th Fl.
New York, NY 10016
Telephone: (347) 758-5856
Email: emily.beeson@chaffinluhana.com

*Liaison Counsel for Plaintiffs*

**WARD BLACK LAW**

Audrey Snyder
208 West Wendover Avenue
Greensboro, NC 27401-1307
Telephone: (336) 333-2244
Facsimile: (302) 654-7530
Email: info@wardblacklaw.com

*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
Alex J. Tramontano
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
vl@rl-legal.com
ajt@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

*Of Counsel for Plaintiff Silva*

Dated: September 23, 2026

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**

*/s/ Clifton L. Brinson*
Clifton L. Brinson
N.C. State Bar No. 34331
Mary Stewart Wilson
N.C. State Bar No. 61169
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: cbrinson@smithlaw.com
mswilson@smithlaw.com

**COVINGTON & BURLING LLP**
Mark P. Gimbel
Robert C. Gianchetti
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: mgimbel@cov.com
rgianchetti@cov.com

*Counsel for Defendants*