IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:25cv00005 (Consolidated) |
| This Document Relates to: ALL ACTIONS | |

**ORDER ON JOINT MOTION**
**TO STAY THE CONSOLIDATED ACTION**

Pending before the court is the Joint Motion to Stay the Consolidated Action (Doc. 20) made by Plaintiffs Nathan Silva ("Plaintiff Silva") and Peter Misko ("Plaintiff Misko," and together with Plaintiff Silva, the "Plaintiffs"), derivatively on behalf of Humacyte, Inc. ("Humacyte" or the "Company"), and Defendants Kathleen Sebelius, Emery N. Brown, Michael T. Constantino, Brady W. Dougan, C. Bruce Green, Laura E. Niklason, Todd M. Pope, Diane Seimetz, Max Wallace, Susan Windham-Bannister, Dale A. Sander, Heather Prichard, John Bamforth, and Keith Anthony Jones (the "Individual Defendants," together with Humacyte and Ayabudge LLC, the "Defendants," and collectively with the Plaintiffs, the "Parties") to stay the above-captioned consolidated action (the "Consolidated Action"). Pending also is the Parties' September 23, 2026 Notice of Settlement in principle

of all claims and request for a stay pending submission of a motion for preliminary approval of their settlement. (Doc. 31.)

For good cause shown,

IT IS ORDERED that this action shall be STAYED for 30 days pending the Parties' submission of a motion for preliminary approval of their proposed settlement. Should the Parties file their motion for preliminary approval, the action will remain stayed subject to the court's further orders relating to the motion for preliminary approval.

/s/ Thomas D. Schroeder
United States District Judge

September 24, 2026